United States District Court
Southern District of Texas
**ENTERED**
November 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEVORA B., | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-174 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| *in their official capacities*, | § | |
|     Respondents. | § | |
| | § | |

## ORDER SETTING STATUS CONFERENCE

    The Court **SETS** a status conference for **December 17, 2025, at 11:30 a.m. CDT** to discuss the progress of this case.

    All parties may appear in-person or via videoconference. To appear virtually, please contact the court at (956) 548–2570 to receive the videoconferencing information. Instructions for videoconferencing will only be sent upon request. **Any videoconferencing request must be made no later than 5:00 p.m. CDT on December 15, 2025,** in advance of the scheduled conference.

    Signed on November 20, 2025.

_____
Karen Betancourt
United States Magistrate Judge

1