Case 1:25-cv-00174   Document 16   Filed on 12/19/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DEVORA B., <br>     Petitioner, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br> *in their official capacities*, <br>     Respondents. | § § § § § § § § § § § <br> CIVIL ACTION NO. 1:25-cv-174 |

# ORDER REQUIRING RESPONSIVE PLEADING

This Court held a status conference (*see minute entry dated December 17, 2025*) to discuss the progress of the case. Both parties appeared. The parties represented that Petitioner Devora B. remains outside of the United States. Petitioner represented that her appeal before the Board of Immigration Appeals remains pending.

To further facilitate the progress of this case, the Court **ORDERS** Respondents Kristi Noem, et al. to file a responsive pleading to Petitioner's Amended Petition (Dkt No. 14) **no later than January 16, 2026**. Respondent's filing should address both the issue of wrongful deportation raised in the Petition for Habeas Corpus and this Court's ability to grant the requested Mandamus Relief.

Any Petitioner replies necessitated by Respondents' pleadings shall follow the Local Rules of the District Court for the Southern District of Texas as laid out in Rule 7.

Signed on December 19, 2025.

*[signature: Karen Betancourt]*

Karen Betancourt
United States Magistrate Judge