United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEVORA EVORA BAEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-174 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Petitioner Devora Evora Baez sought her release from immigration detention. (Pet., Doc. 1) In August 2025, Respondents removed Petitioner to Mexico. Following her removal, Petitioner sought a writ of mandamus ordering her return to the United States. (Am. Pet., Doc. 14) Respondents moved for summary judgment as to each of Petitioner's claims. (MSJ, Doc. 17)

In September 2026, based on the record and the applicable law, a United States Magistrate Judge issued a Report and Recommendation recommending that the Court deny as moot Petitioner's request for a petition for writ of habeas corpus and deny Petitioner's request for mandamus relief. (R&R, Doc. 18) No party objected to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 18). It is:

**ORDERED** that Petitioner Devora Evora Baez's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Suit for Declaratory and Injunctive Relief and Writ of Mandamus under 28 U.S.C. § 1361 (Doc. 14) is **DENIED**; and

**ORDERED** that Respondents' Motion for Summary Judgment (Doc. 17) is **DENIED AS MOOT**.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on September 30, 2026.

Fernando Rodriguez, Jr.
United States District Judge